KING & SPALDING LLP
Richard A. Cirillo
Lauren W. Mitchell
1185 Avenue of the Americas -- Suite 3400
New York, NY 10036-4003
Telephone: 212-556-2100
Telecopier: 212-556-2222

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
| | |
|---|---|
| FAIRFIELD SENTRY LIMITED, : | Civ. Pro. No. 10-cv-7408 |
| Plaintiffs, : | (Adv. Pro. Nos. 10-3635) |
| -against- : | |
| ABN AMRO SCHWEITZ AG, et. al., : | |
| Defendants. : | |

------------------------------------------------------------------------x

| | |
|---|---|
| FAIRFIELD SENTRY LIMITED, et al., : | Civ. Pro. No. 10-cv-7410 |
| Plaintiffs, : | (Adv. Pro. Nos. 10-3636) |
| -against- : | |
| ABN AMRO SCHWEITZ AG, et. al., : | **CORPORATE OWNERSHIP STATEMENT** |
| Defendants. : | |

------------------------------------------------------------------------x

In accordance with Federal Rule of Civil Procedure 7.1, and without appearing or admitting jurisdiction and reserving all rights to raise defenses to jurisdiction and otherwise, NBK Banque Privee (Suisse) SA, through its undersigned attorneys, states that its parent companies are NBK Oversees and National Bank of Kuwait S.A.K and that no public corporations own 10% or more of their stock.

Dated:  New York, NY                              Respectfully submitted,
        October 28, 2010                          KING & SPALDING LLP

                                                  by ____/s/ Richard A. Cirillo_____
                                                       Richard A. Cirillo
                                                       Lauren W. Mitchell